JOHN H. NICHOLS et al., Appellants, *v.* ITEM PUBLISHERS, INC., Respondent.

Submitted October 3, 1955; decided October 5, 1955.

Motion to dismiss appeal denied and case set down for argument during the November, 1955, session of the Court of Appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL ABELSON et al., Appellants.

Submitted October 3, 1955; decided October 5, 1955.

Motion by all appellants for enlargement of time granted and case set down for argument during the November, 1955, session of the Court of Appeals.